United States District Court
Southern District of Texas

**ENTERED**

August 11, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SISAN TENNYSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02399 |
| | § | |
| JOSEPH B. EDLOW, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

Before the Court is Petitioner's Complaint filed on March 25, 2026. Doc. #1. There has been no activity in this case since the Complaint was filed, and there is nothing on the record suggesting that Respondents have been served. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). Accordingly, the Court hereby ORDERS Plaintiff to properly serve Defendants within fourteen (14) days of the entry of this Order, or this case will be dismissed.

It is so ORDERED.

AUG 1 0 2026

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge